**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SHERRELL LOVE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; BRAIN RACHA; and DOES 1 TO 29<br><br>Defendants. | CASE NO. 5:25-cv-02066-DOC-SPx<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |

The Court, having reviewed the Stipulation and Protective Order- Confidentiality Agreement, orders as follows:

Good Cause Appearing, the Court hereby approves the Stipulation and Protective Order (docket no. 13).

**IT IS SO ORDERED.**

Dated: October 9, 2025

_____
UNITED STATES MAGISTRATE JUDGE